**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MARION GOODING,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Case No. 10-cv-131-TCK-FHM |
| | ) |
| **JOHN KETCHER et al.** | ) |
| | ) |
|     **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff Marion Gooding and Defendant John Ketcher, in his individual capacity, by and through their respective attorneys of record, and jointly stipulate to dismissing this matter with prejudice due to a settlement being reached between the parties. All claims related to this matter are hereby dismissed with prejudice to the re-filing of the same, and neither party asserts or admits to any liability on the part of either party. Each party will bear his own costs related to this matter. As a result of this dismissal, there are no remaining defendants or claims.

Respectfully submitted,

**RICHARDSON RICHARDSON**
**BOUDREAUX KEESLING**


 */s/ Timothy S. Kittle
David R. Keesling, OBA No. 17881
Timothy S. Kittle, OBA No. 21979
7447 South Lewis Avenue
Tulsa, Oklahoma 74136
(918) 492-7674 – Telephone
(918) 493-1925 – Facsimile
*Attorneys for Plaintiff:*
*Marion Gooding*

*/s/ Todd Hembree
Todd Hembree, OBA No. 14739
Sara Elizabeth Hill, OBA No. 20072
Office of the Attorney General
Cherokee Nation
P.O. Box 948
Tahlequah, Oklahoma 74465-0948
(918) 207-3836 – Telephone
(918) 458-6142 - Facsimile
Todd-hembree@cherokee.org
Sara-hill@cherokee.org
***Attorneys for Defendant:***
***John Ketcher***
 ***(Individual Capacity Only)***

*\*Signed with consent of opposing counsel.*